IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | |
|---|---|
| VERONICA STELLAS,<br>    Plaintiff/Counter-defendant,<br><br>v.<br><br>BWXT Y-12, LLC, GROUP LONG<br>TERM DISABILITY PLAN,<br>    Defendant,<br><br>and<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY,<br>    Defendant/Counter-plaintiff. | 3:04-cv-7 |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, defendants' motion for judgment on the administrative record [ECF# 22] is DENIED and plaintiff's motion for a judgment on the pleadings [ECF# 26] is GRANTED.

It is hereby ORDERED and ADJUDGED that the termination of plaintiff's claim for long term disability benefits pursuant to Section 502(a)(a)(B) of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1132(a)(1)(B) is REVERSED. Plaintiff is hereby AWARDED long-term disability benefits under the ERISA plan retroactive to the date of termination.

The court does not have subject matter jurisdiction over MetLife's counterclaim;

accordingly, it is DISMISSED.

Costs are awarded to the plaintiff.  The Clerk shall close the file.

**IT IS SO ORDERED.**

**ENTER:**


      s/Thomas W.  Phillips
**UNITED STATES DISTRICT JUDGE**